AO 91 (Rev. 11/11)  Criminal Complaint

# FELONY

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

*April 16, 2025*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>RAMOS-Aburcia, Elmor Leonel | )<br>)<br>)  Case No.    1:25-MJ-297<br>)<br>)<br>)<br>) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____04/16/2025_____ in the county of _____Cameron_____ in the

___Southern___ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rosalio Quezada Jr., FBI Task Force Officer
_____
*Printed name and title*

Submitted by reliable electronic means,
worn to, signature attested
telephonically per Fed.R.Crim.P.4.1,
on

Date: _____04/16/2025_____

_____
*Judge's signature*

City and state: _____Brownsville, Texas_____

Ignacio Torteya III, US Magistrate Judge
_____
*Printed name and title*

United States Courts
Southern District of Texas
FILED

*April 16, 2025*

Nathan Ochsner, Clerk of Court

## 1:25-MJ-297

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts related to this case.

I, Rosalio Quezada Jr., being duly sworn, hereby state the following under penalty of perjury:

1. I am employed as a Federal Bureau of Investigation (FBI) Task Force Officer (TFO). I am currently assigned to the FBI Criminal Investigative Squad of the San Antonio Division's Brownsville Resident Agency (RA) as a Task Force Officer where I investigate several criminal violations.

2. On April 15, 2025, Supervisory Customs and Border Protection Officer Everardo Villarreal was conducting his duties at the border limit line at the pedestrian walkway located at the Brownsville and Matamoros (B&M) International Bridge in Brownsville, Texas. SCBPO Villarreal interviewed a subject who attempted to seek entry but did not possess any documents to make legal entry. SCBPO Villarreal advised the subject, later identified as Elmor Leonel RAMOS-ABURCIA, that he needed to depart back to Mexico. At this point, RAMOS-ABURCIA took his shirt off and communicated that he was not going back to Mexico. RAMOS-ABURCIA then physically tackled SCBPO Villarreal causing him to fall to the ground and in the process causing bodily injury as he was later diagnosed with a knee contusion. SCBPO Villarreal got up and closed the gate at the border limit line pedestrian walkway to stop RAMOS-ABURCIA from making entry into the United States. RAMOS-ABURCIA then climbed the chain linked fence and began scaling his way on the outside of the bridge towards the U.S. of the Port of Entry. SCBPO Villarreal stated that RAMOS-ABURCIA attempted to climb back into the pedestrian walkway but decided not to proceed as he then saw several CBP Officers waiting to apprehend him. It is then that RAMOS-ABURCIA jumped down a pillar onto the ground. SCBPO Villarreal witnessed RAMOS-ABURCIA run into the driver's side of a Border Patrol unit stationed directly underneath the bridge, close to where RAMOS-ABURCIA landed. SCBPO Villarreal witnessed Supervisory Border Patrol Agent (SBPA) Guillermo Torres enter the unit through the passenger side attempting to take control of RAMOS-ABURCIA and heard the loud revving of the engine to the Border Patrol unit, assuming RAMOS-ABURCIA wanted to leave with the unit. SCBPO Villarreal called out for assistance on his hand-held radio as he saw SBPA G. Torres physically struggling with RAMOS-ABURCIA as he was attempting to pull him away from the steering wheel and fleeing with the unit.

3. Customs and Border Protection Officer (CBPO) Edgar Lugo was on the pedestrian walkway when he saw RAMOS-ABURCIA on the opposite side of the fence. CBPO E. Lugo saw RAMOS-ABURCIA jump down from the fence and onto the brush below the bridge. He then witnessed SBPA G. Torres give chase on foot to RAMOS-ABURCIA and then noticed RAMOS-ABURCIA get into the driver's side of the Border Patrol unit. CBPO E. Lugo heard the loud revving of the unit being caused by the RAMOS-ABURCIA and assumed he wanted to flee. CBPO E. Lugo witnessed Supervisory Border Patrol Agent G. Torres scuffle with the subject in the driver's side and decided to jump the fence and assist. Once in front of the Border Patrol unit, CBPO E. Lugo opened the driver's side door and gave verbal commands while physical trying to subdue him. RAMOS-ABURCIA attempted to grab CBPO E.

Lugo's holster to unholster his weapon. CBPO E. Lugo grabbed RAMOS-ABURCIA's hand off his holster and proceed to remove the subject from the vehicle. Shortly thereafter, additional Border Patrol agents arrived and subdued the subject.

4. SBPA G. Torres was bitten twice on his right forearm by RAMOS-ABURCIA during the scuffle as RAMOS-ABURCIA attempted to take off with the unit. SBPA G. Torres managed to turn off the unit and throw the keys out to the ground. Shortly thereafter, several Border Patrol agents arrived to render aid and took control the situation. RAMOS-ABURCIA was secured, taken into custody and transported to the Brownsville Border Patrol Station in Olmito, Texas.

5. RAMOS-ABURCIA was transferred to the custody of assisting Border Patrol agents for transport to the Brownsville Border Patrol Station.

6. Based on the evidence above, probable cause exists that on April 15, 2025, Elmor Leonel RAMOS-ABURCIA forcibly assaulted Supervisory Customs and Border Protection Officer Everardo Villarreal, Customs and Border Protection Officer Edgar Lugo and Supervisory Border Patrol Agent Guillermo Torres, federal officers then engaged in the performance of official duties, in violation of 18 U.S.C. 111(a)(1).

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

Date:             April 16, 2025
City and State: Brownsville, Texas

Rosalio Quezada Jr, Task Fo      Officer
Federal Bureau of Investigation

Ignacio Torteya III
United States Magistrate Judge